UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVSION

| | |
|---|---|
| STEPHANIE ADAMS,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　Defendant. | Case No. 14-cv-1473<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Stephanie Adams, by counsel, and Defendant Experian Information Solutions, Inc., by counsel, hereby respectfully stipulate and notify the Court that all matters herein between the parties have been settled, and that the Plaintiff's cause against the Defendant shall be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

This 3rd day of June, 2015.

By: s/ Heidi N. Miller
Nathan E. DeLadurantey
Heidi N. Miller
DeLadurantey Law Office, LLC
735 W. Wisconsin Ave., Suite 720
Milwaukee, WI 53233
P: 414-377-0515
F: 414-755-0860
*Attorneys for the Plaintiff*

s/ Brandy H. Ranjan
Brandy Hutton Ranjan (Ohio 0086984)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
branjan@jonesday.com
*Attorney for the Defendant*